CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 16 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LOUIS M. GOULET,<br>    Petitioner, | )<br>)  Case No. 7:05CV00438<br>) |
| v. | )  **FINAL ORDER**<br>) |
| GENE M. JOHNSON,<br>    Respondent. | )  By: Hon. Glen E. Conrad<br>)  United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The petitioner's motion for an evidentiary hearing shall be **DENIED**;

2. The respondent's motion to dismiss shall be **GRANTED**; and

3. The petition shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 16th day of December, 2005.

                                      /s/ Glen E. Conrad
                                      United States District Judge